## 10932.  BUSH *v.* THE STATE.

BROYLES, C. J.  1.  Under the facts of the case, the excerpt from the
charge of the court excepted to in the first special ground of the motion
for a new trial contains no reversible error.

2. In the absence of a timely and appropriate written request, the judge
did not err in failing to charge section 73 of the Penal Code (1910),
he having fully instructed the jury upon the law of justifiable homicide,
including the doctrine of reasonable fears.

3. The jury having returned a verdict of voluntary manslaughter, it is
unnecessary to decide whether the excerpt from the charge of the court
upon the law of murder, excepted to, was inaccurate.

4. The charge upon the law of voluntary manslaughter, including the
theory of a mutual intent to fight, was authorized by the evidence.

5. The 5th special ground of the motion for a new trial complains of the
following excerpt from the charge of the court: "Should you believe
at the time of the altercation between the deceased and the defendant
that led up to or terminated in the death of the deceased that the
defendant was armed with a gun." This isolated fragment of a sentence
from the charge of the court is too incomplete to be considered.

6. The remaining special ground of the motion for a new trial is too
general and indefinite to raise any question for the consideration of
this court.

7. The verdict was authorized by the evidence, and the court did not err
in refusing to grant a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

> DECIDED DECEMBER 9, 1919.

Indictment for murder; from Terrell superior court—Judge
Worrill.  September 1, 1919.

*R. R. Jones,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.